■ In the Matter of JOHNNY BUNTING, Petitioner, v GLENN S. GOORD, Commissioner, New York State Department of Correctional Services, Respondent. [910 NYS2d 717]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered July 15, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said petition is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ In the Matter of FRANCISCO SOLER, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [910 NYS2d 758]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered June 8, 2010) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.